**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Raymond Bernard TEMPLETON,**
**Defendant—Appellant.**

No. 08–7633.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Matthew Segal, Assistant Federal Public Defender, Asheville, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Bernard Templeton appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Templeton's motion for appointment of counsel and affirm on the reasoning of the district court. *United States v. Templeton,* No. 3:97–cr–00007–FDW–4 (W.D.N.C. Aug. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*